United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIYING TAO, Plaintiff, v. CHRISTOPHER MORELAND, et al., Defendants. | Case No. 26-cv-06240-TSH **ORDER DIRECTING ISSUANCE OF SUMMONS AND FOR SERVICE** |

On May 26, 2026, Plaintiff Liying Tao initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2). On July 7 the Court granted Plaintiff's application but found the complaint deficient under 28 U.S.C. § 1915(e). ECF No. 14. As such, the Court directed Plaintiff to file an amended complaint, which Plaintiff has now done. ECF No. 17. The Court has engaged in a preliminary screening to ensure the amended complaint states a claim, is not frivolous, and does not seek monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2). Accordingly, the Clerk of Court shall issue the summons, and the Clerk's Office or the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, the affidavit, and this order upon Defendants.

**IT IS SO ORDERED.**

Dated: August 3, 2026

THOMAS S. HIXSON
United States Magistrate Judge